# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2014

### NO. 03-13-00085-CR

**Max Elliott Ray, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the judgment of conviction except the portion imposing sentence. Therefore, the Court affirms that portion of the district court's judgment regarding conviction, but reverses that portion of the district court's judgment imposing sentence and remands the case to the district court for a new punishment hearing. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.